UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDELL HARVEY | : |
|     Plaintiff, | : |
|     v. | :   CASE NO. 3:02CV1086 (DJS) |
| KATHY MARK and CITY OF HARTFORD, HARTFORD PUBLIC SCHOOLS, | : : |
|     Defendants. | : |

## JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Memorandum of Decision granting the defendant's motion for summary judgment (dkt. #36), it is hereby

ORDERED, ADJUDGED and DECREED that judgment for the defendants shall enter on all counts of the complaint.

Dated at Hartford, Connecticut, this 20th day of January 2005.

KEVIN F. ROWE, Clerk

By _____
    Terri Glynn
    Deputy Clerk